UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 740 WELFARE FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NW GLASS, INC.,<br><br>    Defendant. | Civil No. CV12-5091RJB<br><br>**ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS** |

TO: **Kristin Morris**

YOU ARE HEREBY ORDERED to appear on the 20th day of July 2012, before the Honorable Robert J. Bryan, at 9:30 a.m., Courtroom A of the United States District Court, which is located at Union Station, 1717 Pacific Avenue, Tacoma, Washington, to show cause why the Court should not enter the following order:

1.  That Defendant be found in contempt of Court for failing to comply with this Court's order compelling production of documents that are responsive to Plaintiffs' First Request for Production of Documents issued herein ("Request");

2.  That Defendant be required to pay a forfeiture not to exceed $2,000 for

**ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS** - 1

each day that it remains in contempt of this Court by its continued failure to produce the commanded documents;

3. That, in addition to Defendant being required to comply with the Court's order compelling document production, Defendant's officers and owners be ordered to ensure such production within a stated period of time, such that if Defendant's officers and owners thereafter fail to do so, they may be subjected to contempt sanctions in their individual capacities;

4. That Plaintiffs be awarded their reasonable attorneys' fees and costs associated with this motion and the above-noted failure to comply with this Court's order compelling production of documents responsive to the Request; and

5. Awarding Plaintiffs other equitable relief as the Court deems just and proper.

IT IS SO ORDERED this 10th day of July, 2012.

_____
Robert J Bryan
United States District Judge

Presented By:
Brownstein Rask

_____
Cary R. Cadonau, WSBA #38457
Of Attorneys for Plaintiffs

**ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS** - 2